UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CIARA GATER
on behalf of J.G.,

        Plaintiff,        Civil Action No.: 17-12375
                                   Honorable Gershwin A. Drain
v.                                   Magistrate Judge Elizabeth A. Stafford

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security,

        Defendant.
_____/

**REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* [ECF NO. 2]**

On July 24, 2017, Plaintiff Ciara Gater, proceeding on behalf of J.G., filed a complaint, an application to proceed *in forma pauperis,* and a request for service of the summons and complaint by the United States Marshal Service. [ECF Nos. 1-3]. The application should be **DENIED** because Gater has not demonstrated that the she is entitled to a waiver of the filing fees.[1]

---

[1] The case has been referred to this Court for all pretrial matters pursuant to 28 U.S.C. § 636(b)(1)(A) and (B).  A report and recommendation is appropriate here, as magistrate judges do not have authority to deny motions to proceed IFP.  *Woods v. Dahlberg*, 894 F.2d 187, 187-88 (6th Cir. 1990).

"[A]ny court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets." 28 U.S.C. § 1915(a). If a motion under Section 1915(a) is accompanied by a facially sufficient affidavit, the court should allow the complaint to be filed. *Gibson v. R.G. Smith Co.*, 915 F.2d 260, 261 (6th Cir. 1990). "In determining IFP eligibility, courts will generally look to whether the persons are employed, the person's annual salary, and any other property or assets the person may possess. Assets include equity in real estate and automobiles." *Carroll v. Onemain Fin. Inc.*, No. 14-CV-14514, 2015 WL 404105, at *2 (E.D. Mich. Jan. 29, 2015) (internal quotation marks and citations omitted). Courts consider "not only an IFP applicant's personal income, but also his or her other financial resources, including the resources that could be made available from the applicant's spouse, or other family members." *Id*. (internal quotation marks and citations omitted).

The application here says nothing about Gater's financial resources. She did not answer questions regarding her gross pay and wages, how much money the she has in cash and bank accounts, or her assets, expenses, dependents and debts; she repeatedly wrote "N/A" or left

responses completely blank, including to questions that required her to check a yes or no response. [ECF No. 2]. The Court **RECOMMENDS** that Gater's application be **DENIED**.

| | |
|---|---|
| Dated: July 26, 2017<br>Detroit, Michigan | s/ Elizabeth A. Stafford<br>ELIZABETH A. STAFFORD<br>United States Magistrate Judge |

### NOTICE TO THE PARTIES REGARDING OBJECTIONS

Either party to this action may object to and seek review of this Report and Recommendation, but must act within fourteen days of service of a copy hereof as provided for in 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(2). Failure to file specific objections constitutes a waiver of any further right of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Secretary of HHS*, 932 F.2d 505 (6th Cir. 1991)*; United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Filing objections which raise some issues but fail to raise others with specificity will not preserve all objections that party might have to this Report and Recommendation. *Willis v. Secretary of HHS*, 931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). A copy of any objection must be served upon this Magistrate Judge. E.D. Mich. LR 72.1(d)(2).

Each **objection must be labeled** as "Objection #1," "Objection #2," etc., and **must specify** precisely the provision of this Report and

Recommendation to which it pertains. Not later than fourteen days after service of objections, **the non-objecting party must file a response** to the objections, specifically addressing each issue raised in the objections in the same order and labeled as "Response to Objection #1," "Response to Objection #2," etc. The response must be **concise and proportionate in length and complexity to the objections**, but there is otherwise no page limitation. If the Court determines that any objections are without merit, it may rule without awaiting the response.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 26, 2017.

>  s/Marlena Williams
>  MARLENA WILLIAMS
>  Case Manager