UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CIARA GATER OBO JG GATER,

Plaintiff,

v.

NANCY A. BERRYHILL,

Defendant.

Case No. 17-cv-12375

UNITED STATES DISTRICT COURT
JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
ELIZABETH A. STAFFORD

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDTION [#28] GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [#26] AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [#20]

This matter is before the Court on cross motions for summary judgment regarding the Commissioner's decision to deny benefits to Plaintiff. This Court referred the matter to Magistrate Judge Elizabeth A. Stafford, who issued a Report and Recommendation on August 13, 2018, recommending that the Court grant Defendant's Motion for Summary Judgment and deny Plaintiff's Motion for Summary Judgment. Dkt. No. 28, pg. 17 (Pg. ID 1089). Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C). Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion.

1

Therefore, the Court hereby ACCEPTS and ADOPTS Magistrate Judge Stafford's August 13, 2018 Report and Recommendation [#28] as this Court's findings of fact and conclusions of law. Plaintiff's Motion for Summary Judgment is DENIED. Defendant's Motion for Summary Judgment is GRANTED.

SO ORDERED.

Dated: September 20, 2018

s/Gershwin A. Drain<br>
HON. GERSHWIN A. DRAIN<br>
United States District Court Judge

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 20, 2018.
+

s/Teresa McGovern<br>
Case Manager Generalist